AO 199A (Rev. 12/11- EDCA [Fresno])  Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) ) ) Case No.   6:15-mj-087-MJS |
| BELINDA KWAN, | ) |

**ORDER SETTING CONDITIONS OF RELEASE**
**(Misdemeanor)**

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence t the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) The defendant must appear at:   U.S. District Court, Yosemite on December 15, 2015 at 10:00 AM

(5) Rule 43 waiver entered for pretrial matters only.

(6)   Defendant shall not have contact with co-defendant, Gregory Batterton, directly or in-directly, through mail, any electronic means, phone or via third party.

(7)   Defendant shall stay 300 yards away from co-defendant.

(8)   Defendant may be present on October 12, 2015, at co-defendant's residence to retrieve her belongings, including two cats. This shall occur with the assistance of local law enforcement.

(9)  Any request to amend these conditions of release, shall be brought before the Court through counsel for defendant and government.

AO 199A (Rev. 12/11- EDCA [Fresno])  Order Setting Conditions of Release- Misd.

Date: Oct 7/15

_____
Defendant's signature

Date: October 7, 2015

/s/ Michael J. Seng
_____
Judicial Officer's Signature

Michael J. Seng
_____
Printed name and title