1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  ERIN SNIDER, OR SBN #116342
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   GREGORY ALLAN BATTERTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case Nos. 6:15-mj-00088-MJS and |
| Plaintiff, | ) | 6:15-mj-00089-MJS |
| | ) | |
| vs. | ) | STIPULATION TO AMEND CONDITIONS OF |
| | ) | PRETRIAL RELEASE; ORDER |
| GREGORY ALLAN BATTERTON and | ) | |
| BELINDA KWAN, | ) | |
| | ) | |
| Defendants. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Susan St. Vincent, Acting Legal Officer for the National Park Service, counsel for the plaintiff, Assistant Federal Defender Erin Snider, counsel for defendant Gregory Allan Batterton, and Carol Moses, counsel for defendant Belinda Kwan, that the defendants' conditions of pretrial release be amended as follows:

The Court's no-contact order shall be temporarily suspended on Tuesday, October 13, 2015, for the purpose of allowing Ms. Kwan to remove her belongings from Mr. Batterton's residence.  On that date, Ms. Kwan and Mr. Batterton may both be present at the residence with the supervision of an investigator with the Office of the Federal Defender.  Mr. Batterton will remove his firearm from the residence before Ms. Kwan arrives and temporarily store the firearm at his parents' residence in Ripon, California.  All other conditions of pretrial release shall remain in full force and effect.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 13, 2015          */s/ Erin Snider*
                                ERIN SNIDER
                                Assistant Federal Defender
                                Attorney for Defendant
                                GREGORY ALLAN BATTERTON


Date: October 13, 2015          */s/ Carol Moses*
                                CAROL MOSES
                                Attorney for Defendant
                                BELINDA KWAN


Date: October 13, 2015          */s/ Susan St. Vincent*
                                SUSAN ST. VINCENT
                                Acting Legal Officer
                                National Park Service
                                Yosemite National Park


# **O R D E R**

**IT IS SO ORDERED.** The Court hereby amends defendants Belinda Kwan's and Gregory Allan Batterton's conditions of release as follows: The Court's no-contact order shall be temporarily suspended on Tuesday, October 13, 2015, for the purpose of allowing Ms. Kwan to remove her belongings from Mr. Batterton's residence. On that date, Ms. Kwan and Mr. Batterton may both be present at the residence with the supervision of an investigator with the Office of the Federal Defender. Mr. Batterton will remove his firearm from the residence before Ms. Kwan arrives and temporarily store the firearm at his parents' residence in Ripon, California. All other conditions of pretrial release shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   October 13, 2015          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

Batterton and Kwan / Stipulation          -2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Batterton and Kwan / Stipulation           -3-