**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530

Attorney for Defendant, Belinda Kwan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BELINDA KWAN,<br><br>    Defendant. | CASE NO.  6:15-mj-00087-MJS<br><br>STIPULATION TO VACATE TRIAL AND SET FOR PLEA AND SENTENCING; ORDER THEREON<br><br>DATE:   May 11, 2016<br>TIME:   10:00 a.m.<br>JUDGE:  Hon. Michael J. Seng |

**IT IS HEREBY STIPULATED** by and between the Defendant, BELINDA KWAN, her attorney of record, CAROL ANN MOSES, and the Acting Legal Officer for the National Park Service, MATTHEW McNEASE, that the Trial in the above captioned matter currently set for May 11, 2016 at 10:00 a.m. be vacated and the matter be set for a Change of Plea / Sentencing hearing on May 11, 2016 at 10:00 a.m.

Dated:  April 27, 2016              /s/ Carol Ann Moses
                                    CAROL ANN MOSES
                                    Attorney for Defendant,
                                    BELINDA KWAN

Dated:  April 27, 2016              /s/ Matthew McNease
                                    MATTHEW McNEASE
                                    Acting Legal Officer
                                    National Park Service

STIPULATION TO VACATE TRIAL
AND SET FOR PLEA AND SENTENCING
[PROPOSED] ORDER THEREON          1

ORDER

The Court, has reviewed the Stipulation to Vacate Trial and Set for Change of Plea/ Sentencing in CASE NO. 6:15-mj-00087-MJSand accepts and adopts it and, HEREBY ORDERS AS FOLLOWS:

The Trial of Defendant, Belinda Kwan, currently scheduled for May 11, 2016, at 10:00 a.m. shall be vacated. The matter shall be set for Change of Plea / Sentencing on May 11, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   April 27, 2016              /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE