**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:   (559) 513-8530

Attorney for Defendant, BELINDA KWAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  6:15-mj-00087-MJS |
| Plaintiff, | |
| v. | **REVISED**<br>**STIPULATION FOR RULE 43 WAIVER**<br>**OF APPEARANCE AND FOR VIDEO**<br>**CONFERENCE APPEARANCE AT**<br>**CHANGE OF PLEA HEARING, ORDER**<br>**THEREON** |
| BELINDA KWAN, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant BELINDA KWAN, having been advised of her right to be present at all stages of proceedings, hereby requests this Court permit her to waive her right to personally appear for her initial appearance, and be allowed to appear by video conference from the U.S. District Court in San Jose, California.  Ms. Kwan agrees that her interests shall be represented at all times by the presence of her attorney, Carol Moses, the same as if she were personally present, and requests that this Court allow her attorney-in-fact to represent her interests at all times.

Ms. Kwan is charged in a Criminal Complaint with 1 count of 18 USC 113(a)(5) – Assault, 1 count of 36 CFR 2.34(a)(1) – Fighting, Threatening or Violent Behavior, and 1 count of 36 CFR 2.34(a)(3) – Disorderly Conduct – Unreasonable Noise.

Ms. Kwan currently resides in San Jose, California.  Ms. Kwan personally appeared in court at her initial appearance.  She does not own a car.  The round trip from San Jose is

1   approximately 7 ½ hours.

2          Ms. Kwan respectfully requests that the Court grant a waiver of her right and obligation to

3   be personally present for her change of plea / sentencing hearing.  She requests to appear via

4   video conference from the U.S. District Court in San Jose, California, for her change of plea /

5   sentencing hearing.  She also requests that the hearing be moved from May 11, 2016, to May 17,

6   2016, at 10:00 a.m.

7          Matthew McNease, Acting Legal Officer for the National Park Service, does not object to

8   the Rule 43 Waiver or to Ms. Kwan appearing by video conference from the U.S. District Court

9   in San Jose, California, at her change of plea / sentencing hearing or to the hearing being moved

10  to May 17, 2016.

11

12  Dated:  May 4, 2016                           /s/ Carol Ann Moses_____
                                                  CAROL ANN MOSES
13                                                Attorney for Defendant,
                                                  BELINDA KWAN
14

15

16  Dated:  May 4, 2016                           /s/ Matthew McNease_____
                                                  MATTHEW MCNEASE
17                                                Yosemite Acting Legal Officer

18

19

20

21

22

23

24

25

26

27

28

ORDER

        GOOD CAUSE APPEARING, the above Stipulation in CASE NO.  6:15-mj-00087-MJS is accepted and adopted and made the Order of this Court.  Defendant Kwan may appear via video conference from the U.S. District Court in San Jose, California at her change of plea / sentencing hearing.  The said hearing shall be held at 10:00 am May 17, 2016.

IT IS SO ORDERED.

    Dated:   May 6, 2016            /s/ Michael J. Seng
                                    UNITED STATES MAGISTRATE JUDGE