1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  7636 N. Ingram Ave., #104
   Fresno, California  93711
3  Telephone:  (559) 449-9069
   Facsimile:    (559) 513-8530
4
5  Attorney for Defendant, Belinda Kwan
6
7
8                 UNITED STATES DISTRICT COURT
9                 EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,            CASE NO.  6:15-mj-00087-MJS
12           Plaintiff,
13      v.                               **STIPULATION TO VACATE REVIEW
                                         HEARING;  ORDER THEREON**
14  BELINDA KWAN,
15           Defendant.
16
17      **IT IS HEREBY STIPULATED** by and between the Defendant, BELINDA KWAN, her

18  attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service,

19  SUSAN ST. VINCENT, that Ms. Kwan has complied with all the terms of her unsupervised

20  probation imposed by this Court on May 17, 2016.  The Parties move the Court for an Order to

21  Vacate the review hearing currently scheduled in this matter for April 18, 2017.

22
    Dated: April 13, 2017                /s/ Carol Ann Moses
23                                        CAROL ANN MOSES
                                          Attorney for Defendant,
24                                        BELINDA KWAN
25
26  Dated: April 13, 2017                /s/ Susan St. Vincent
                                          SUSAN ST. VINCENT
27                                        Legal Officer
                                          National Park Service
28

STIPULATION TO VACATE
REVIEW HEARING;
ORDER THEREON                    1

ORDER

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

The Review Hearing for Defendant, Belinda Kwan, in the matter of *U.S. v. Belinda Kwan*, Case 6:15-mj-00087-MJS, currently scheduled for April 18, 2017, at 10:00 a.m. shall be vacated.

IT IS SO ORDERED.

Dated:   April 14, 2017        /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO VACATE
REVIEW HEARING;
ORDER THEREON                    2